No. 03–1039. BROWN, ACTING WARDEN v. PAYTON. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 03–1407. ROUSEY ET UX. v. JACOWAY. C. A. 8th Cir. Motion of petitioners to dispense with printing the joint appendix granted.

No. 03–1423. MUEHLER ET AL. v. MENA. C. A. 9th Cir. Motion of Police Officers Research Association of California Legal Defense Fund for leave to file a brief as *amicus curiae* granted.

No. 03–1388. SPECTOR ET AL. v. NORWEGIAN CRUISE LINE LTD. C. A. 5th Cir. Certiorari granted. 

No. 03–1488. TORY ET AL. v. COCHRAN. Ct. App. Cal., 2d App. Dist. Certiorari granted.

No. 03–1601. CITY OF RANCHO PALOS VERDES, CALIFORNIA, ET AL. v. ABRAMS. C. A. 9th Cir. Certiorari granted. 

No. 03–9627. PACE v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 03–9685. JOHNSON v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 04–37. CLINGMAN, SECRETARY, OKLAHOMA STATE ELECTION BOARD, ET AL. v. BEAVER ET AL. C. A. 10th Cir. Certiorari granted. 

No. 04–108. KELO ET AL. v. CITY OF NEW LONDON, CONNECTICUT, ET AL. Sup. Ct. Conn. Certiorari granted.